NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

STATE OF FLORIDA,　　　　　　　)
　　　　　　　　　　　　　　　　)
　　　　Appellant,　　　　　　　)
　　　　　　　　　　　　　　　　)
v.　　　　　　　　　　　　　　　)　　Case No. 2D17-370
　　　　　　　　　　　　　　　　)
WARREN SHANNON KEENE,　　　　　)
　　　　　　　　　　　　　　　　)
　　　　Appellee.　　　　　　　　)
_____)

Opinion filed May 23, 2018.

Appeal from the Circuit Court for
Hillsborough County; Lisa D. Campbell,
Judge.

Pamela Jo Bondi, Attorney General,
Tallahassee, and Jonathan P. Hurley,
Assistant Attorney General, Tampa, for
Appellant.

Arthur N. Eggers, Tampa, for Appellee.


PER CURIAM.

　　　　　　Affirmed.


VILLANTI, LUCAS, and SALARIO, JJ., Concur.